634

458 A.2d 286

Drumheller, et ux v. Lindenmuth, Appellant.

Submitted February 24, 1982. Robert M. Davison, for appellant; Robert C. McFadden, for appellees.

Before CAVANAUGH, McEWEN and HOFFMAN, JJ.

Order affirmed.

458 A.2d 286

Heimbach, Appellants v. C. Porter Manufacturing Co.

Argued September 8, 1982. Samuel A. Litzenberger, for appellants; Fredric David Rubin, for appellee.

Before BROSKY, ROWLEY and MONTGOMERY, JJ.

The order of the lower court is hereby affirmed.